IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cr-40057-MJR |
| ) | |
| MICKOLENA BOZARTH, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**<u>ACCEPTING DEFENDANT WYANT'S GUILTY PLEA</u>**

**REAGAN, District Judge:**

On June 15, 2007, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Wyant entered a guilty plea to Count 1 of the Superseding Indictment (Doc. 26).

By Report filed June 18, 2007, Judge Proud recommends that the undersigned District Judge accept Defendant Bozarth's guilty plea, find Defendant Bozarth guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein (Doc. 217). In addition, Judge Proud recommends that Wyant's motion for release from custody (Doc. 192) be denied (Doc. 217). The parties were given an opportunity to object to Judge Proud's Report. The Government has filed an "objection" (Doc. 226). Therein, the Government requests that Wyant be subject to immediate detention pursuant to **18 U.S.C. § 3141**. The Government does not, however,

1

object to any of Judge Proud's findings or recommendations.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 217), **ACCEPTS** Defendant Wyant's guilty plea, and **ADJUDGES** Wyant guilty of Count 1 of the Superseding Indictment (Doc. 26). In addition, the Court **DENIES** Wyant's motion for release pending sentencing (Doc. 192), and **ORDERS** the Clerk of the Court to prepare and issue a warrant for the arrest of Wyant, who is to be immediately detained. In that the Government is granted the relief requested in its "objection" to Judge Proud's report, this Order **RENDERS MOOT** that objection. Further, the Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, **SENTENCING remains set** for <u>**October 26, 2007 at 1:30 PM .**</u>

        **IT IS SO ORDERED.**

        **DATED this 12th day of July, 2007.**

                                                <u>s/Michael J. Reagan</u>
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**